1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ELPIDIO D. TELLEZ,                            No.  2:23-cv-00904-TLN-JDP (HC)

12                       Petitioner,

13          v.                                       ORDER

14    GISELLE MATTESON,

15                       Respondent.

16

17         On May 17, 2023, the court ordered petitioner to submit, within thirty days, either the $5

18    filing fee or an application for leave to proceed *in forma pauperis*.  ECF No. 4.  To date,

19    petitioner has done neither.

20         To manage its docket effectively, the court imposes deadlines on litigants and requires

21    litigants to meet those deadlines.  The court may dismiss a case for petitioner's failure to

22    prosecute or failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); *Hells

23    Canyon Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856

24    F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court

25    has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See

26    Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

27         Petitioner will be given a chance to explain why the court should not dismiss the case for

28    his failure to either pay the filing fee or submit an application for leave to proceed *in forma*

*pauperis.*  Petitioner's failure to respond to this order will constitute a failure to comply with a

court order and will result in a recommendation that this action be dismissed.  Accordingly,

petitioner is ordered to show cause within twenty-one days why this case should not be dismissed

for failure to pay the filing fee, failure to prosecute, and failure to comply with court orders.

Should petitioner wish to continue with this action, he shall, within twenty-one days, either pay

the $5 filing fee or submit a complete application for leave to proceed *in forma pauperis.*  The

Clerk of Court is directed to send to petitioner the court's form application for leave to proceed *in*

*forma pauperis.*

IT IS SO ORDERED.

Dated:   July 5, 2023                                    _____
                                                                    JEREMY D. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE